***E-FILED - 8/17/10***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHARLES E. HOGG, | ) | No. C 10-3088 RMW (PR) |
| | ) | |
| Petitioner, | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| WARDEN RANDY GROUNDS, | ) | |
| | ) | |
| Respondent. | ) | |

The court has dismissed the instant habeas action without prejudice as a second or successive petition. A judgment of dismissal without prejudice is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 8/17/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.10\Hogg088jud.wpd